

**EDWARDS WILDMAN**

Rory J. McEvoy<br>
Partner<br>
+1 212 912 2787<br>
fax +1 212 308 4844<br>
rmcevoy@edwardswildman.com

September 23, 2013

**VIA ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Austin v. St. Luke's-Roosevelt Hospital Center, et al.
      12 Civ. 6155 (KAM) (RLM)

Dear Judge Mann:

On behalf of our client, St. Luke's-Roosevelt Hospital Center ("SLRHC"), I write to request an extension of time from September 23 to October 23, 2013, to file the stipulation of discontinuance. The reason for this request is that although the case is settled, the parties are still in the process of finalizing the settlement agreement.

Respectfully submitted,

*Rory J. McEvoy*

cc: S. Felix Ngati, Esq. (via ECF and facsimile)
   Attorney for Plaintiff