
**EDWARDS WILDMAN**

Rory J. McEvoy
Partner
+1 212 912 2787
*fax* +1 212 308 4844
rmcevoy@edwardswildman.com

September 23, 2013

**VIA ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Austin v. St. Luke's-Roosevelt Hospital Center, et al.
            12 Civ. 6155 (KAM) (RLM)

Dear Judge Mann:

On behalf of our client, St. Luke's-Roosevelt Hospital Center ("SLRHC"), I write to request an extension of time from September 23 to October 23, 2013, to file the stipulation of discontinuance. The reason for this request is that although the case is settled, the parties are still in the process of finalizing the settlement agreement.

Respectfully submitted,

Rory J. McEvoy

cc:    S. Felix Ngati, Esq. (via ECF and facsimile)
        Attorney for Plaintiff

*Application granted, on consent. (Defense counsel is reminded that he is responsible for ascertaining his adversary's position on applications; it is not the Court's obligation.)* SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 9/23/13

BOSTON • CHICAGO • HARTFORD • HONG KONG • ISTANBUL • LONDON • LOS ANGELES • MIAMI • MORRISTOWN
NEW YORK • ORANGE COUNTY • PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH