**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KAREN F. AUSTIN,

                  Plaintiff,                                    12 Civ. 6155 (KAM) (RLM)

         -against-                                     **STIPULATION AND ORDER**
                                                       **OF DISMISSAL**
                                                       **WITH PREJUDICE**
ST. LUKE'S-ROOSEVELT HOSPITAL CENTER,
NOREEN MILLINGTON, and NY STATE NURSES
ASSOCIATION,

                  Defendants.
-----------------------------------------------------------x

         IT IS HEREBY STIPULATED AND AGREED by and between Defendants St. Luke's-

Roosevelt Hospital Center and Noreen Millington and Plaintiff Karen Austin, that the above-

captioned matter is hereby dismissed with prejudice.

Date:  New York, New York
       October 29 2013

EDWARDS WILDMAN PALMER LLP          THE LAW OFFICES OF S. FELIX NGATI

By: _____       By: _____
      Rory J. McEvoy, Esq.                 S. Felix Ngati, Esq.
      Julie L. Sauer, Esq.                 Attorneys for Plaintiff
      Attorneys for Defendants             1203 Nostrand Avenue
      750 Lexington Avenue                 Brooklyn, New York 11225
      New York, New York 10022             718.735.0008
      212.308.4411                         sngati@aol.com
      rmcevoy@edwardswildman.com
      jsauer@edwardswildman.com

SO ORDERED:


_____
Honorable Kiyo A. Matsumoto
United States District Judge

10